UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:01-cr-219-JCM-RJJ |
| vs. | ) | |
| SAMIR M. KHALIL, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Sealed Letter/Motion (#28) requesting copies.

The Court having reviewed the Sealed Letter/Motion (#28) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before April 18, 2011, Defendant Samir M. Kahlil, shall file a supplement to the Sealed Letter/Motion (#28) and shall state in detail the exact reasons why he is requesting copies of the documents identified in the Sealed Letter/Motion (#28).

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order and the Sealed Motion (#28) on the Defendant Samir M. Khalil by certified mail, return receipt requested.

DATED this __17th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge